IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARKETING INNOVATORS INTERNATIONAL, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>QGAC, INC.<br><br>　　　　　　　Defendant. | FILED: JANUARY 28, 2009<br>Civil Action No.: 09CV544<br><br>Judge: JUDGE GETTLEMAN<br><br>Magistrate Judge: MAGISTRATE JUDGE ASHMAN<br><br>PH |

**NOTICE OF CLAIMS INVOLVING**
**TRADEMARKS PURSUANT TO LOCAL RULE 3.4**

　　Pursuant to Local Rule 3.4, Plaintiff Marketing Innovators International, Inc., hereby provides notice of the information required to be disseminated to the Clerk of this Court for purposes of forwarding same to the Commissioner of Patents and Trademarks as specified in 15 U.S.C. § 1116(c).  The names and addresses of the parties so far as known are noted hereafter in paragraphs one and two.  The trademark number of the registration at issue in the complaint filed herewith is provided in paragraph three (3).

　　1.　　Plaintiff Marketing Innovators International, Inc. is an Illinois corporation with its principal place of business at 9701 West Higgins Road, Rosemont, Illinois 60018.

　　2.　　So far as known, Defendant QGAC, Inc. is a Texas corporation with its principal business address at 101 W. 6th Street Suite 409, Austin, TX 78701-2933.

2

3. The registered trademark at issue in the complaint filed January 27, 2009 is Plaintiff's Reg. No. 2,044,807 for "promoting the goods and services of others through the implementation and distribution of incentive programs" in Class 35. (Exhibit A to the Complaint).

Dated:  January 28, 2009          /s J. Aron Carnahan
                                  James P. White (IL ARDC 3001032)
                                  Gerald T. Shekleton (IL ARDC 2576996)
                                  J. Aron Carnahan (IL ARDC 6242642)
                                  WELSH & KATZ, LTD.
                                  120 South Riverside Plaza, 22nd Floor
                                  Chicago, Illinois 60606
                                  (312) 655-1500

                                  Counsel for Plaintiff
                                  Marketing Innovators International, Inc.